UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

EMANUEL SHAWN COATES,　　　　　　　　　　Case No. 2:05-cv-3

　　　　Plaintiff,　　　　　　　　　　　　　　　　HON. RICHARD ALAN ENSLEN

v.

KATHERINE KAFCZYNSKI, et al.,

　　　　Defendants.
_____/

## ORDER DENYING APPEAL
## OF MAGISTRATE JUDGE'S ORDER

　　　　Plaintiff has filed a motion to set aside an order issued by Magistrate Judge Greeley on June 9, 2005. That order granted Defendant Sherman's motion for an enlargement of time to file a responsive pleading. The Court will consider Plaintiff's motion to set aside as an appeal of an order issued by a magistrate judge.

　　　　A magistrate judge's resolution of a non-dispositive pretrial matter should be modified or set aside on appeal only if it is clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). A finding is clearly erroneous when, although there is evidence to support it, the reviewing court is left with a definite and firm conviction that a mistake has been committed. United States v. Gypsum Co., 333 U.S. 364, 395 (1948).

　　　　Upon review of the order, the Court finds no error. The order of the Magistrate Judge is therefore not erroneous. Accordingly, the order of the magistrate judge (Dkt. No. 85) is hereby **AFFIRMED** and Plaintiff's motion to set aside (Dkt. No. 86) is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Richard Alan Enslen
DATED in Kalamazoo, MI:　　　　　　　　　RICHARD ALAN ENSLEN
　　July 19, 2005　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE